```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE K05-0003--CR (JWS)
                               "USA V TOMMY HANSON"
                              DEF 1.1 HANSON, TOMMY

              Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable Mary E. Guss, U.S. Magistrate Judge
             Filed:  04/20/05
            Closed:  NO
 No. of Defendants:  1
    MJ Case Number:
               AKA:
   Location status:  U.S. Custody
        Trial date:  12/12/05
        Terminated:  NO
 Needs interpreter:  NO
 Counsel of record:  Michael D. Dieni
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 HANSON, TOMMY
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:2252A(a)(5)(B) AND (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Terminated |
| 1 - 1 IND | 2 | 18:2252A(a)(5)(B) AND (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Terminated |
| 1 - 1 IND | 3 | 18:2252A(a)(5)(B) AND (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Terminated |
| 66 - 1 | 1-S | 18:2252A(a)(5)(B) and (b)(2) POSSESSION OF CHILD PORNOGRAPHY | Pending |
| 66 - 1 | 2-S | 18:2252(a)(4)(B) and (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE K05-0003--CR (JWS)
                              "USA V TOMMY HANSON"
                              DEF 1.1 HANSON, TOMMY

              Including terminated defendants, excluding terminated counsel


  66 -   1        3-S      18:2252A(a)(2)(A) and (b)(1) RECEIPT OF CHILD         Pending
                           PORNOGRAPHY (F)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE K05-0003--CR (JWS)
                                    "USA V TOMMY HANSON"

                                    For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable Mary E. Guss, U.S. Magistrate Judge
             Filed: 04/20/05
            Closed: NO
No. of Defendants: 1


 Document #   Filed       Docket text
 ──────────   ─────       ───────────

      1 -  1  04/20/05    [Re: DEF 1] PLF 1 Indictment.

      2 -  1  04/21/05    [Re: DEF 1] AHB Grand Jury Minutes re Indt secret; WOA to be issued; no
                          bail set.

      3 -  1  04/29/05    {SEALED}

      4 -  1  05/02/05    {SEALED}

 NOTE -  1    05/19/05    [Re: DEF 1] USM Notice of Arrest; defendant arrested 5/18/05 in Craig,
                          Alaska.

      5 -  1  05/20/05    [Re: DEF 1] Faxed cy of Court Minutes from State Court before State MJ
                          in Ketchikan on 5/19/05; M. Dieni apptd; det hrg set for 5/23/05 in
                          Anchorage before MJ Pallenberg. cc: USA, FPD, USM, USPO

      6 -  1  05/20/05    [Re: DEF 1] Faxed Order of Detention signed by State Crt MJ re det hrg
                          set for 5/23/05 at 10:30 a.m. in Anchorage, before MJ Pallenberg. cc:
                          USA, FPD, USM, FPD

 NOTE -  2    05/23/05    Notation: Proposed Trial Date Setting for Arr to USDJ.

      7 -  1  05/23/05    DEF 1 Attorney Appearance of M. Dieni (FPD).

      8 -  1  05/26/05    [Re: DEF 1] PMP Court Minutes [ECR: April Karper/Linda Christensen] re
                          Arr on Indt/Det Hrg (held 5/23/05); M. Dieni notified of appt; Pleas NOT
                          GUILTY to Cts 1-3 of the Indt; meet and confer by 5/27/05; ptm's due
                          6/13/05; TBJ set for 7/27/05 in Ketchikan; w/att exh and wit list; cc:
                          USA, FPD, USM, USPO, MJ Guss, Judge Sedwick, Finance, Div Off Ketchikan.

      9 -  1  05/27/05    [Re: DEF 1] PMP Order of Detention Pending Trial. cc: USA, FPD, USM,
                          USPO

     10 -  1  05/27/05    [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 5/27/05; PTM's due 6/13/05. cc: USA, FPD

     11 -  1  05/27/05    [Re: DEF 1] PLF 1 Discovery Conference Certificate.

     12 -  1  05/27/05    [Re: DEF 1] Return of WOA executed on  on 5/18/05.

     13 -  1  05/31/05    [Re: DEF 1] JWS Minute Order setting TBJ on 7/27/05 @ 9:00 a.m. @
                          Ketchikan, AK & FPTC set 7/27/05 @ 8:30 a.m. @ Ketchikan, AK. cc: USA,
                          FPD, USM, USPO, MJ Guss, Divisional Deputy, JC

     14 -  1  06/13/05    DEF 1 Unopposed motion for 1-week extension of time to file pretrial
                          motions w/att aff.

     15 -  1  06/14/05    [Re: DEF 1] JWS Order granting unoppo mot for 1-week ext of time to file
                          pretrial mots (14-1); mots due 6/20/05. cc: USA, FPD, MJ Guss
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE K05-0003--CR (JWS)
                              "USA V TOMMY HANSON"

                              For all filing dates


Document #    Filed       Docket text

  16 -   1   06/15/05   DEF 1 Unopposed motion on shortened time for bail hearing & bail release
                        w/att aff.

  17 -   1   06/15/05   [Re: DEF 1] MEG Minute Order granting uopposed motion on shortened time
                        for bail hearing & bail release (16-1); bail hrg set for 6/16/05 at 2:00
                        p.m. cc: USA, FPD, USM, USPO

  18 -   1   06/16/05   [Re: DEF 1] JWS Order for out-of-custody transporation from Anchorage,
                        AK to Hollis, AK.  cc:  USA, FPD, USM, USPO, MJ Guss

  19 -   1   06/16/05   DEF 1 Notice of filing passport.

  20 -   1   06/16/05   [Re: DEF 1] copy of MEG Order of Release. cc: USA, FPD, USM, USPO

  21 -   1   06/17/05   [Re: DEF 1] MEG Court Minutes [ECR: Linda Christensen] re Bail Review
                        Hrg (held 6/16/05); MJ Guss present telephonically; req for bail granted
                        w/conditions; def to be in 24 hour sight & sound custody of 3rd
                        pty-custodian David Watkins; passport to be turned in to Clerk's Office
                        by cob 6/16/05; Order Setting Conditions of Release, order for
                        out-of-custody transportation and Release Order to be prepared.  cc:
                        USA, FPD, USM, USPO, MJ Guss

  22 -   1   06/21/05   DEF 1 Unopposed motion to accept late-filed motion to suppress w/att
                        prop mot to suppress.

  23 -   1   06/23/05   [Re: DEF 1] MEG Order granting unopposed motion to accept late-filed
                        motion to suppress (22-1). cc: USA, FPD

  24 -   1   06/23/05   DEF 1 motion to suppress w/att memo & exhs.

  24 -   2   06/23/05   DEF 1 motion (request) for a hearing w/att memo & ext.

  25 -   1   06/23/05   DEF 1 motion to accept 3 days late-filed motion to suppress defendant's
                        statement w/att aff & prop mot.

  26 -   1   06/23/05   DEF 1 Unopposed motion on shortened time to continue trial w/att aff.

  27 -   1   06/24/05   [Re: DEF 1] MEG Minute Order granting motion (request) for an evident
                        hearing (24-2), motion to accept 3 days late-filed motion to suppress
                        defendant's statement (25-1); evident hrg on motions to suppress (24-1,
                        28-1) set for 7/7/05 at 9:00 a.m. cc: USA, FPD, USM, USPO

  28 -   1   06/24/05   DEF 1 motion to suppress def's custodial statment w/att aff.

  29 -   1   06/24/05   [Re: DEF 1] JWS Order the motion for continuance of trial will be
                        considered at a hearing set for 6/28/05 at 9:00 a.m.  Def may appear
                        telephonically fro this proceeding.  cc: AUSA, FPD, USM, USPO, MJ GUSS

  30 -   1   06/28/05   [Re: DEF 1] JWS Minute Order granting unoppo mot on shortened time to
                        continue trial (26-1); FPTC & TBJ reset to 12/12/05 @ 8:30 a.m. & 9:00
                        a.m., respectively, @ Ketchikan, AK; excludable delay found under
                        18:3161(h)(8). cc: USA, FPD, USM, USPO, MJ Guss, ECR, JC, Divisional
                        Deputy

  31 -   1   06/28/05   DEF 1 Unopposed motion to continue suppression hearing on shortened time
                        w/att aff.


ACRS: R_RDSDX              As of 12/01/05 at 2:56 PM by GARRY                     Page 2
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE K05-0003--CR (JWS)
                                   "USA V TOMMY HANSON"

                                   For all filing dates


Document #   Filed      Docket text

   31 -  2   06/28/05   DEF 1 Unopposed motion to extend motion filing and response deadlines on
                        shortened time w/att aff.

   32 -  1   06/29/05   [Re: DEF 1] MEG Order granting motion Unopposed motion to continue
                        suppression hearing on shortened time (31-1), motion Unopposed motion to
                        extend motion filing and response deadlines on shortened time (31-2).
                        Suppl defense mots are due by 8/1/05; gov responses due by 8/20/05;
                        replies if any are due by 9/9/05.   Suppression is continued to 9/13/05
                        at 9:00 a.m. in Ketchikan.  cc: AUSA, FPD, USM, USPO, Judge Sedwick

   33 -  1   06/29/05   [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] Re: hrg re: def's mot
                        for cont of trial (dkt 26) (held 6/28/05); granted; tbj set for 7/27/05
                        at 9:00 a.m. and FPTC set for 7/27/05 at 8:30 a.m. in Ketchikan are
                        vacated; tbj sest for 12/12/05 at 9:00 a.m. and FPTC set for 12/12/05 at
                        8:30 a.m. in Ketchikan. cc: USA, FPD, USM, USPO, MJ GUSS, JC, DIV DEPUTY

   34 -  1   07/07/05   [Re: DEF 1] Order setting conditions of release; def rlsd to 3rd pty
                        custodian David Watkins; det to turn passport in to Clerk's Office in
                        Anch. cc:  USA, FPD, USM, USPO

   35 -  1   07/12/05   [Re: DEF 1] Clerk's Notice re receipt of passport #159721185 in Clerk's
                        Office, Anchorage, AK.  cc:  Finance w/cy of Notice and original
                        passport

   36 -  1   07/20/05   DEF 1 Unopposed motion on shortened time for bail hrg to consider new
                        3rd party custodian.

   37 -  1   07/21/05   [Re: DEF 1] MEG Order granting unopposed motion for bail hrg to consider
                        new 3rd party custodian (36-1); bail hrg set for 7/27/05 at 1:30 p.m.
                        cc: USA< FPD, USM, USPO

   38 -  1   07/21/05   [Re: DEF 1] PLF 1 motion (ex parte) expedited for issuance of arrest
                        warrant for violation of release conditions pending trial.

   39 -  1   07/22/05   [Re: DEF 1] MEG Minute Order denying motion expedited for issuance of
                        arrest warrant for violation of release conditions (38-1). cc: USA

   40A-  1   07/29/05   [Re: DEF 1] PMP Court Minutes [ECR: Keitha Kolvig] re: Bail Review Hrg
                        (held 7/29/05): three prop custodians approved; new conditions of
                        release set. $10,000 unsecured bond, appear 9/13/05, 9:00 a.m. Ketchikan
                        USDC; surrender passport; 10:00 p.m. to 6:00 a.m. curfew; no contact
                        with minors. cc: USA, M. Dieni, USM, USPO, MJ Guss, Judge Sedwick

   40B-  1   07/29/05   [Re: DEF 1] Order setting conditions of release: $10,000 unsecured bond,
                        3 3rd party custodians, curfew of 9:00 p.m. to 6:00 a.m.; no contact
                        w/minors; appear 9/13/05, 9:00 a.m. at Ketchikan USDC. cc: USA, M.
                        Dieni, USM, USPO, MJ GUss, Judge Sedwick

   40 -  1   08/02/05   [Re: DEF 1] PLF 1 motion (ex parte) expedited for issuance of arrest
                        warrant for violation of release conditions pending trial.

   41 -  1   08/02/05   [Re: DEF 1] PMP Order granting ex parte motion expedited for issuance of
                        arrest warrant for violation of release cond (40-1). cc: USA, USM, USPO,
                        def w/USM cy

 NOTE -  3   08/03/05   [Re: DEF 1] Issued WOA.
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE K05-0003--CR (JWS)
                              "USA V TOMMY HANSON"
```

For all filing dates

```
Document #   Filed       Docket text

   42 -  1   08/03/05    [Re: DEF 1] MEG Court Minutes [ECR: Beverly Zaugg] re Bail Review
                         Hearing (held 7/27/05); matter continued to 7/29/05 at 11:00 a.m. in
                         Juneau before MJ Pallenberg.  cc: USA, FPD, USM, USPO, MJ Pallenberg

  NOTE -  4  08/05/05    [Re: DEF 1] USM Notice of Arrest; defendant arrested 8/4/05 @ Craig
                         area; def not available until 8/8/05.

   43 -  1   08/05/05    DEF 1 Unopposed joint motion to continue suppression hrg & to extend
                         motion response & reply deadlines w/att aff.

   44 -  1   08/08/05    [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re I/A on
                         Violation of Pretrial Release (held 8/8/05); def's rls revoked; def to
                         be detained in USM custody pending trial.  cc: USA, FPD, USM, USPO,
                         Judge Sedwick

   45 -  1   08/08/05    [Re: DEF 1] JDR Order of Detention Pending Trial.  cc: USA, FPD, USM,
                         USPO

   46 -  1   08/15/05    [Re: DEF 1] MEG Order denying unopposed joint motion to continue
                         suppression hrg & to extend motion (43-1) unless a continuation fo the
                         present trial date is requested and granted.  cc: AUSA, FPD, USM, USPO

   47 -  1   08/16/05    DEF 1 motion for reconsideration of the order at dkt 46.

   48 -  1   08/17/05    [Re: DEF 1] PLF 1 non-opposition on shortened time to DEF 1 motion for
                         reconsideration of the order at dkt 46 (47-1).

   49 -  1   08/22/05    [Re: DEF 1] MEG Order granting motion for reconsideration of the order
                         at dkt 46 (47-1); evident hrg cont to 10/11/05 at 9:00 a.m.; govt's
                         motion response date ext 30 days; def's reply due 5 days theraftar. cc:
                         USA, FPD, USM, USPO

   50 -  1   09/20/05    [Re: DEF 1] PLF 1 Unopposed motion on shortened time to enlarge time for
                         response to suppression motions.

   51 -  1   09/21/05    [Re: DEF 1] MEG Order granting unopposed motion on shortened time to
                         enlarge time for response to suppresion motions (50-1); oppos due
                         9/22/05; replies due 9/29/05. cc: USA, FPD

   52 -  1   09/22/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (24-1), DEF 1
                         motion to suppress def's custodial statement (28-1) w/att exhs.

   52 -  2   09/22/05    [Re: DEF 1] PLF 1 motion to strike evidentiary hearing w/att exhs.

   53 -  1   09/22/05    [Re: DEF 1] PLF 1 motion to accept audio cd recording as exh 1 to govt's
                         oppo to mot to suppress.

   54 -  1   09/23/05    [Re: DEF 1] PLF 1 motion on shortened time to reschedule evidentiary
                         hearing .

   55 -  1   09/26/05    DEF 1 opposition (answer) on shortened time to [Re: DEF 1] PLF 1 motion
                         on shortened time to reschedule evidentiary hearing (54-1).

   55 -  2   09/26/05    DEF 1 motion (request) on shortened time for scheduling conference.

   56 -  1   09/27/05    [Re: DEF 1] MEG Order granting motion on shortened time to reschedule
                         evidentiary hearing (54-1), motion (request) on shortened time for
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE K05-0003--CR (JWS)
                                  "USA V TOMMY HANSON"
```

|                        | For all filing dates |

| Document # | Filed | Docket text |
|---|---|---|
| | | scheduling conference (55-2); evident hrg RESET for 10/20/05 at 9:00 a.m. cc: USA, FPD, USM, USPO |
| 57 - 1 | 09/27/05 | [Re: DEF 1] MEG Order granting motion to accept audio cd recording as exh 1 to govt's oppo to mot to suppres (53-1). cc: USA, FPD |
| 58 - 1 | 09/29/05 | DEF 1 reply to opposition to DEF 1 motion to suppress (24-1), DEF 1 motion to suppress def's custodial statment (28-1) w/att exhs. |
| 58 - 2 | 09/29/05 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion to strike evidentiary hearing (52-2) w/att exhs. |
| 59 - 1 | 10/18/05 | [Re: DEF 1] MEG Order denying motion to strike evidentiary hearing (52-2). The parties shall be ready to address the matters at the evidentiary hrg set 10/20/05 as stated.  cc: AUSA, FPD, USM, USPO |
| 60 - 1 | 10/24/05 | [Re: DEF 1] MEG Court Minutes [ECR Wilma Mayo] Evidentiary hearing held 10/21/05.  Matter taken under advisement.  cc: AUSA, FPD |
| 61 - 1 | 11/01/05 | Initial R&R re: DEF 1 motion to suppress (24-1). Objections due 11/10/05. Reply due 11/16/05.   cc: AUSA, FPD, JUDGE SEDWICK |
| 61 - 2 | 11/01/05 | Initial R&R re: DEF 1 motion to suppress def's custodial statment (28-1). Objections due 11/10/05. Reply due 11/16/06.  cc: AUSA, FPD, Judge Sedwick |
| 62 - 1 | 11/04/05 | [Re: DEF 1] PLF 1 Response to R&R re mot to suppress. |
| 63 - 1 | 11/10/05 | DEF 1 objection to R&R re: DEF 1 motion to suppress (24-1), DEF 1 motion to suppress def's custodial statment (28-1). |
| 64 - 1 | 11/15/05 | Final R&R re: DEF 1 motion to suppress (24-1), DEF 1 motion to suppress def's custodial statment (28-1).  cc: AUSA, FPD, JUDGE SEDWICK |
| 65 - 1 | 11/16/05 | [Re: DEF 1] MEG Addendum to final R&R.  Final R&R remains unchanged re: motions to suppress.  cc: ASUA, FPD, Judge Sedwick |
| 66 - 1 | 11/16/05 | [Re: DEF 1] PLF 1 Superseding Indictment. |
| 67 - 1 | 11/16/05 | [Re: DEF 1] JDR Grand Jury Minutes re: no bail set; set for arr & notify USM & cnsl; def in federal custody @ FDC Sea-Tac. |
| 68 - 1 | 11/18/05 | [Re: DEF 1] JDR Minute Order arraignment is set for 11/21/05 at 10:30 a.m. before Magistrate Judge Roberts in courtroom #6.  cc: AUSA, FPD, USM, USPO, M.J. GUSS, Judge Sedwick |
| 69 - 1 | 11/21/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: Arr on first SIndt (held 11/21/05); not guilty to Cts 1-3 of first SIndt; ptms due 11/29/05; cnsl advised of trial date prev set 12/12/05; det cont as prev set; mot to change venue due by 11/29/05. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 70 - 1 | 11/21/05 | [Re: DEF 1] JDR Order regarding preparation for trial; ptms due 11/29/05. cc: USA, FPD |
| 71 - 1 | 11/28/05 | [Re: DEF 1] PLF 1 motion on shortened time to change place of jury trial to Anchorage. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE K05-0003--CR (JWS)
                                     "USA V TOMMY HANSON"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 72 - 1 | 11/28/05 | PLF 1 motion (application) to use DEPS at trial. |
| 73 - 1 | 11/29/05 | DEF 1 motion to dismiss counts I & III of the indictment w/att memo & aff. |
| 73 - 2 | 11/29/05 | DEF 1 motion for bill of particulars w/att memo & aff. |