FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -1  PM 3: 11

TIMOTHY M. BURGESS
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | K05-0003 CR (JWS) |
| | ) | |
| Plaintiff, | ) | **MOTION REQUESTING** |
| | ) | **LEAVE OF THE COURT TO** |
| vs. | ) | **FILE SUPPLEMENTAL BRIEF** |
| | ) | **TO UNITED STATES' MOTION** |
| TOMMY HANSON, | ) | **TO CHANGE PLACE OF JURY** |
| | ) | **TRIAL TO ANCHORAGE** |
| Defendant. | ) | |
| | ) | |
| | | **Filed on Shortened Time** |

COMES NOW the United States of America, by and through the

undersigned Assistant United States Attorney, and moves on shortened time[1] to to

---

[1] This motion is filed on shortened time to allow the Court and parties sufficient time to adjust any necessary arrangements for an Anchorage trial in the event the Court grants the motion to change the trial location.

1

74

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LODGED

DEC 0 1 2005

**FILED**

DEC 0 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By_____
_____ _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | K05-0003 CR (JWS) |
| | ) | |
| Plaintiff, | ) | **ORDER re:** |
| | ) | **REQUEST FOR LEAVE OF THE** |
| vs. | ) | **COURT TO FILE** |
| | ) | **SUPPLEMENTAL BRIEF TO** |
| TOMMY HANSON, | ) | **UNITED STATES' MOTION TO** |
| | ) | **CHANGE PLACE OF JURY** |
| Defendant. | ) | **TRIAL TO ANCHORAGE** |
| | ) | |
| | ) | |
| _____ | ) | **Filed on Shortened Time** |

Upon consideration of the United States' motion requesting leave of the

court to file supplemental briefing to the United States' motion to change place of

jury trial to Anchorage, the court GRANTS / DENIES the motion.

IT IS SO ORDERED.

Dated: 12-1-05

JOHN W. SEDWICK
District Court Judge

K05-0003--CR (JWS)    12-1-05
---------------------------------------------
M. DIEMI (FPD)
J. GOEKE (US-ATTY)

75