IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LODGED
DEC 0 1 2005

FILED
DEC 0 1 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>TOMMY HANSON,  )<br>  )<br>          Defendant.  )<br>  )<br>  )<br>_____  ) | K05-0003 CR (JWS)<br><br>ORDER re:<br>REQUEST FOR LEAVE OF THE COURT TO FILE SUPPLEMENTAL BRIEF TO UNITED STATES' MOTION TO CHANGE PLACE OF JURY TRIAL TO ANCHORAGE<br><br>**Filed on Shortened Time** |

Upon consideration of the United States' motion requesting leave of the court to file supplemental briefing to the United States' motion to change place of jury trial to Anchorage, the court GRANTS / DENIES the motion.

IT IS SO ORDERED.

Dated: 12-1-05

JOHN W. SEDWICK
District Court Judge

K05-0003--CR (JWS)      12-1-05
-----------------------------------------
M. DIEMI (FPD)
J. GOEKE (US-ATTY)

75