TIMOTHY M. BURGESS
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

LODGED
DEC 0 1 2005

FILED
DEC 0 1 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | K05-0003 CR (JWS) |
|---|---|---|
| Plaintiff, | ) ) ) | **SUPPLEMENT TO UNITED STATES' MOTION TO** |
| vs. | ) ) | **CHANGE PLACE OF JURY TRIAL TO ANCHORAGE** |
| TOMMY HANSON, | ) ) | |
| Defendant. | ) ) | **Filed on Shortened Time** |

COMES NOW the United States of America, by and through the

undersigned Assistant United States Attorney, and moves on shortened time[1] to

---

[1] This motion is filed on shortened time to allow the Court and parties sufficient time to adjust any necessary arrangements for an Anchorage trial in the event the Court grants the motion to change the trial location.

1

76