## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

FILED
DEC 0 1 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA   v.   TOMMY HANSON

THE HONORABLE JOHN W. SEDWICK    CASE NO.   K05-0003 CR (JWS)

Deputy Clerk                     Official Recorder

Pam Richter                      _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The United States moved to transfer trial to Anchorage in a motion at docket 71. Today the court allowed the United States to file a supplemental memorandum in support of that motion. The trial date is December 12, 2005. The location of trial needs to be settled very soon. Defendant shall file either an opposition or a statement of non-opposition to the motion not later than December 5, 2005. If nothing is filed by defendant, the court will almost certainly grant the motion, because it appears to be well-supported.

The Clerk will please call counsel immediately to advise of this order.


✓ 12/1/05 t/c notice: USA, FPD


DATE: December 1, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

K05-0003--CR (JWS)   12-1-05
-------------------------------
M. DIENI (FPD)
J. GOEKE (US-ATTY)

77