FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 4: 24

Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>Defendant. | Case No. K05-0003 CR (JWS)<br><br>MOTION FOR LEAVE TO FILE TRIAL BRIEF AFTER MOTION TO DISMISS OR FOR BILL OF PARTICULARS IS RESOLVED,<br>*filed on shortened time* |

Defendant, Tommy S. Hanson, by and through counsel Michael Dieni, Assistant Federal Defender, requests leave to file a trial brief after he has been made aware of the basis for Counts I and III, or said counts are dismissed. For the present, Mr. Hanson can only presume that he will contest each and every element of each and every Count, and that he will object to all of the evidence offered in support of each item of evidence.

78

DATED this 5 day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

Michael Dieni
Assistant Federal Defender

Certification:

I certify that on December 5, 2005, I hand delivered a copy of this document to

James Goeke, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK 99513-7567

Lenora L. Roehling

2