MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA     v.     TOMMY HANSON

THE HONORABLE JOHN W. SEDWICK     CASE NO. K05-0003 CR (JWS)

Deputy Clerk                      Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The court hereby withdraws the reference to the magistrate judge of the motion at docket 73. The district judge will decide that motion.

The motion to extend time to file a trial brief by defendant at docket 78 is **DENIED**. In the event that the motion to dismiss counts I and III is ultimately granted, then the court will disregard the discussion of those counts in both parties' trial briefs. While the court has not yet ruled on the bill of particulars request, the court's preliminary view is that it will be denied.

12/6/05 t/c notice to cnsl

DATE: December 6, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

K05-0003--CR (JWS)   12-6-05

M. DIENI (FPD)
J. GOEKE (US-ATTY)
MAGISTRATE JUDGE GUSS

85