FILED
DEC 1 4 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. K05-0003-01-CR (JWS) |
| v. ) | |
| ) | |
| TOMMY HANSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JUDGMENT OF DISCHARGE**

Defendant is entitled to a judgment of discharge as to Counts I and III of the First Superseding Indictment. The court has determined that Counts I and III are based on the definition of child pornography found in the current version of 18 U.S.C. 2256 (b)(8), which like its predecessor, violates the First Amendment for the reasons explained by the Supreme Court in *Ashcroft v. Free Speech Coaltion*, 535 U.S. 234 (2002).

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged from Counts I and III of the First Superseding Indictment.

**DATED** at Anchorage, Alaska, this 12th day of December, 2005.

_____
JOHN W. SEDWICK,
United States District Judge

K05-0003--CR (JWS)  12-14-05
----------------------------------------
- M. DIENI (FPD)
- J. GOEKE (US-ATTY)
- US MARSHAL
- US PROBATION
- MAGISTRATE JUDGE GUSS
- DEF W/CNSLS CY

92