Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>TOMMY S. HANSON,<br><br>            Defendant. | Case No. K05-0003 CR (JWS)<br><br>NON-OPPOSED MOTION TO CONTINUE SENTENCING BY TEN WEEKS |

Defendant, Tommy S. Hanson, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a ten-week continuance of Mr. Hanson's sentencing date. The current date is February 27, 2006. Mr. Hanson requests a sentencing date in early to mid-May.

This motion is non-opposed by Assistant U.S. Attorney James Goeke.

Mr. Hanson makes this request in order to properly address a variety of potential Presentence Report issues and to complete the defense investigation of the defendant's background and history. The case is very serious, and the PSR proposes enhancements that Mr. Hanson will likely oppose. He may need to consult an expert to do so. Mr. Hanson is presently incarcerated in Seattle at Sea-Tac FCI. His community of

support resides mostly in Southeast Alaska. The combination of these factors has greatly increased the time necessary to complete the defense investigation and preparation for a sentencing.

        DATED this 31st day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

s/Michael Dieni
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:    907-646-3400
Fax:      907-646-3480
E-Mail:   mike_dieni@fd.org

Certification:
I certify that on January 31, 2006,
a copy of the *Non-Opposed Motion
to Continue Sentencing by Ten
Weeks* was served electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Michael Dieni