UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>　　　　　Defendant. | Case No. K05-0003 CR (JWS)<br><br>PROPOSED ORDER resetting sentencing date |

　　　　After due consideration of defendant's motion to continue sentencing hearing, the motion is GRANTED. The sentencing date of February 27, 2006 is vacated and sentencing is reset for _____, 2006 at _____ a.m./p.m.

　　　　DATED this \_\_\_\_ day of _____, 2006 in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE