UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>        Defendant. | Case No. K05-0003 CR (JWS)<br><br>ORDER Resetting Sentencing Date |

After due consideration of defendant's motion to continue sentencing hearing, the motion is **GRANTED**. The sentencing date of February 27, 2006, is vacated and sentencing is reset for **May 9, 2007**, at **8:30** a.m.

DATED this 7th day of February, 2006, in Anchorage, Alaska.

                                            /s/
                                 JOHN W. SEDWICK
                         U.S. DISTRICT COURT JUDGE