Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>                    Defendant. | Case No. K05-0003 CR (JWS)<br><br>MOTION TO MOVE<br>SENTENCING TO KETCHIKAN,<br>*filed on shortened time* |

Defendant, Tommy S. Hanson, by and through counsel Michael Dieni, Assistant Federal Defender, requests that the court move sentencing now set for Anchorage to Ketchikan.  Sentencing is set for May 9, 2006.  This motion is based upon Mr. Hanson's Fifth Amendment due process right to present a case for leniency at sentencing, and to afford him, as a practical matter, his Sixth Amendment right to a hearing available to the public.

The primary reason for setting the sentencing in Ketchikan is so people from Prince of Wales who know Mr. Hanson can attend the proceedings.  As it stands, the people from Prince of Wales Island will have to spend a great deal of money to travel

(probably totaling more than $800 per person) to Anchorage, and it would be extremely difficult to do it in a day. By contrast, a ferry ride from Prince of Wales to Ketchikan costs about $25.00. The ferry runs from Prince of Wales at 8:00 a.m., arriving shortly before 11:00 a.m., and returns at 3:30 p.m. A hearing set between 11:30 and 1:00 would permit visitors from Prince of Wales the opportunity to participate in the hearing at a cost of about $50.

Mr. Hanson deserves a sentencing near his base of support. He has lived on Prince of Wales Island for more than 30 years. Although he pleaded guilty, he has substantial community support. Since the guilty plea, undersigned counsel has received a petition signed by 30 members of the community requesting leniency for Mr. Hanson. Undersigned counsel has contacted some of these people and discovered that several of them would likely take the opportunity to attend the hearing if it were held in Ketchikan. Given the opportunity, Mr. Hanson will wish to present live character testimony in aid of doing the sentencing assessment pursuant to 18 U.S.C. § 3553(a).

As a result, Mr. Hanson simply requests that the hearing be set in Ketchikan, which was the original venue for the case. He requests a time at 11:30 a.m., but not later than 1:00, in order to accommodate travel schedules. If May 9 is not available, a date in May as near as possible to May 9 is requested.

///

///

///

///

DATED this 29th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 29, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James Goeke, Esq.

/s/ Michael D. Dieni