UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>        Defendant. | Case No. K05-0003 CR (JWS)<br><br>PROPOSED ORDER MOVING SENTENCING |

After due consideration of defendant's motion on shortened time, the motion is GRANTED/DENIED.

After due consideration of defendant's Motion to Move Sentencing to Ketchikan, it is ordered that said motion is granted. Sentencing in this matter shall take place in Ketchikan, Alaska, on May _____, 2006, at _____ a.m./p.m.

DATED this ____ day of _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge