Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>    Defendant. | Case No. 5:05-cr-0003-JWS<br><br>UNOPPOSED MOTION TO RESCHEDULE SENTENCING DATE, *filed on shortened time* |

Defendant, Tommy S. Hanson, by and through counsel Michael Dieni, Assistant Federal Defender, requests that the court reschedule Mr. Hanson's sentencing date to a date later than May 9, 2006. This motion is unopposed by Assistant United States Attorney James Goeke.

Undersigned counsel has an unavoidable schedule conflict on May 9, 2006, due to his obligations as trial counsel in *United States v. Holly Matson*, Case No. 3:05-cr-100-RRB-JDR. Ms. Matson's trial is set to begin May 8, 2006, before Judge Beistline. The case has been pending since October 2005. The parties are not currently

negotiating and there is no reason at this time to believe the case will be settled without a trial. The *Matson* trial should last at least four days and involves a potential large number of out of town and out of district witnesses. It is expected that Mr. Hanson's sentencing will last between one and two hours.

A sentencing date of Friday, May 12, 2006, might work if Ms. Matson's trial proceeds as expected. Mr. Goeke wishes the court to know he is unavailable May 19 through 22. Undersigned counsel currently is unavailable May 31 through June 3, and June 9.

DATED this 1st day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James Goeke, Esq.

/s/ Michael D. Dieni