UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>    Defendant. | Case No. 5:05-cr-0003-JWS<br><br>PROPOSED<br>ORDER RESCHEDULING<br>SENTENCING |

After due consideration of defendant's motion on shortened time, the motion is GRANTED/DENIED.

After due consideration of defendant's Unopposed Motion to Reschedule Sentencing Date, the motion is GRANTED/DENIED.  The sentencing currently scheduled for 8:30 a.m. on May 9, 2006, is rescheduled to _____, 2006, at _____ a.m./p.m.  Sentencing memoranda shall be filed seven days prior to sentencing.

DATED this ____ day of _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge