UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TOMMY S. HANSON,<br><br>　　　　　Defendant. | Case No. 5:05-cr-0003-JWS<br><br>ORDER RESCHEDULING<br>SENTENCING |

　　　　After due consideration of defendant's motion on shortened time, the motion is **GRANTED**.

　　　　After due consideration of defendant's Unopposed Motion to Reschedule Sentencing Date, the motion is **GRANTED**. The sentencing currently scheduled for 8:30 a.m. on May 9, 2006, is rescheduled to **May 11, 2006**, at **8:30 a.m.** Sentencing memoranda shall be filed seven days prior to sentencing.

　　　　DATED this 1st day of May 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　United States District Court Judge