To whom it may concern:                                        January 2006

This community letter has been written in support of Tommy Hanson, who has been a resident of Prince of Wales Island for more than 25 years. Tommy is well known as a friendly, responsible, honest and reliable person. He was the project manager for the Alaska Housing Weatherization Program for Prince of Wales Island, Ketchikan and other communities in Southeastern Alaska. During the last few years he accomplished many house weatherization and renovation projects in Craig, Hollis, Kake, Ketchikan, Klawock, and other remote areas accessible only by skiff or boat. Some of his major renovation project accomplishments include the Hollis Public Library and the Thibedau Mall in Craig.

Tommy is competent and a hard worker and is always dedicated toward taking care of business in a timely and efficient manner. He has a natural propensity for public relations, which was an asset to him in getting along with customers from various walks of life. He is a calm, well-mannered and joyful person. He has a new family in Ukraine, who miss him very much.

His personal problem of displacing real life's values has allegedly brought him to violate the law. He needs spiritual support and help in prioritizing his belief system. The Community of Prince of Wales Island, as well as his new family in Ukraine, miss the nice, good-hearted person who Tommy is and by signing this we would like to see him helped in the best way possible by those in authority to accomplish this for Tommy. Thank you for your consideration in this matter.

We hope that God will lay his hand upon a decision regarding this case.

Community Residents:

1. Duncan A Harrison
2. David A. Watkins
3. Pastor John R. Steinberg
4. Judy C. Steinberg
5. Steven Lynch
6. Olena Martin
7. Budd Burnett
8. Anita L. Welber
9. Jamie A. Friese
10. George Cairns
11. Louis C Yates
12. Richard R Yates
13. Leslie P. Yates
14. Evelyn Pinecombe

15. *Pauline Hennefer*
16. *Randy Hennefer*
17. *Ron Reed* (907) 530-7175
18. *Alyson Reed*
19. *[signature]* Floyd Adkison 530 7039
20. *Wilfred M Church*
21. *Evonne Sharper*
22. *Anita Lynch*
23. *Donell Kinitra*
24. *Cathy Starkweather*
25. *Susan K Domenowske*, Susan K Domenowske
26. *Ron Sharp*
27. *Iris S. Mayer*
28. *Bret Burnett*
29. *Arnold E. Sipe Sr.*
30. *John L. Watkins*