January 11, 2006

To Whom It May Concern:

I have known Tommy Hanson for approximately 20 years. He is a friendly, good-natured and likable man and is well known in Hollis and other communities on Prince of Wales Island as a helpful and caring person. He is an ambitious, responsible and hard working man and these qualities were clearly manifested in all of his endeavors over the years whether he was commercial fishing, shrimping, crabbing, building and renovating homes or accomplishing a variety of home weatherization projects as a Southeastern Alaska project manager for the state home-weatherization department.

I have visited with Tommy at his home several times and he has had coffee at my home on numerous occasions. I have been subsistence fishing with Tommy, his brother Suwan and friends, and have been with him on firewood gathering and woodcutting parties getting our winter supply of firewood. He is a community oriented person and one who cares about and enjoys helping friends and neighbors. He is very generous with his time and labor and is the kind of neighbor everyone would like to have. I have seen him interact with children, adults and even animals and he is very kind and considerate to all concerned. I know Tommy well enough to state unequivocally that he would never deliberately hurt anyone, physically, mentally or in any other way.

Tommy has shown me pictures of the beautiful Russian women he has known and they have been in their 20s and 30s and are very pleasant to look at. Tommy, like most normal men, appreciates the beauty of a woman, as do I. After all, a thing of beauty is a joy forever. Tommy fell in love with a very attractive woman on his last trip to Russia and has plans to marry her. I hope he is able to bring those plans to fruition.

In the 20 years I've known Tommy, he has never shown any propensity for liking or desiring underage girls. He is not a pedophile. He may enjoy the female anatomy and beauty in the privacy of his own home, but that is as far as it would ever go with Tommy. He wouldn't sell such pictures, and for that matter has never even shared them with his friends as far as I know. It's his private world, and one that has not brought any harm to anyone—except for himself as it turns out. Tommy may need some help mentally, but being incarcerated is not the answer. In the administration of justice, the court should place Tommy on probation and instruct him to seek mental help/counseling, so he can, once again, be a productive and positive member of society. Tommy is an asset to the Prince of Wales Island community and we need people like him to make this community remain a good place to live. Tommy is a very compassionate and caring man, and I hope the court is compassionate and lenient in its judgment of him.

Respectfully yours,

Budd Burnett
P.O. Box 411, Craig, AK 99921

Exhibit C
Page 1 of 1