1

To whom it may concern

January 4th, 2006

I have resided at 306 Shaan Seet, Craig Alaska, since July 9 1984. Tommy Hansen and April Dixon moved next door to me in approximately 1991. During this time I had numerous contacts with Tommy and April. Several occassions of visits with them involved their children and my children. Over the progression of years these children ranged from ages of birth through 18 years. At no time in the history of my relationship as next door neighbor had I ever seen or heard anything remotely resembeling improprieties on Tommy Hansen's part. He spent many overnights babysitting April's children, who also would visit our home, and acted as a mentor to my teenage daughter from 12 yrs - on (with computer work). My daughter was present the day Nyna was upset regarding the theft of drugs, and now resides in Oregon. I have asked her about Tommy's contacts with her and he was always most proper according to my daughter's statements.

My daughter's contacts with Tommy were generally isolated to help with computer hardware and software issues. She had been using Tommy's computer off and on since 1998 and never saw any evidence of pornographic material. Whilst I had disputes with Tommy concerning weatherization issues — I would never — even to date regard him a threat to children. I find the charges against him to seem quite preposterous and am appalled how justice was blatantly de-railed when local "vultures" descended upon his home and possessions subsequent to Nyna's house sitting exploits. As his next door neighbor I witnessed this theft, as did other neighbors.

Sincerely,

Jennifer Taylor
(certified teacher, Alaska, Washington)
(mandatory reporter of child abuse)
(907-826-3066.