To the US Federal Court System<br>
Regarding Tommy Hanson case<br>
From Ukrainian Citizen,<br>
Sergey Shalashov<br>
Address: Ukraine, Sevastopol,<br>
St. October Revolution, 67-203<br>
Mob. Phone: +3(8050)6459940

My name is Sergey Shalashov, I am an Ukrainian Citizen who would like to testify in regard of the Tommy Hanson case. I have known Tommy since January 2003. I met him for the first time here in Ukraine. His purpose for visiting Ukraine was in finding a fiancee. He has been my closest friend for about three year. I know him as an honest and a kind person; he is very friendly by nature and is always ready to help those who are in need. My primary occupation is in Computer Engineering and Tommy's hobby in computers has brought our interests further into a very close friendship. Tommy was dreaming to create a family and in his last visit here he brought a ring because he found a family here. Earlier in Alaska he was suffering from depression and has been taking medication. During his last visit here Tommy was shocked that he had some problems at home in Alaska. Truly to tell I still can not believe that he has been charged with possession of child pornography, for I have never noticed that he had interest in it. Despite that I consider him a very responsible, reliable man, who had good intentions for the future: to complete his house in Hollis, to work for Alaska, to take care of a family, and to be happy. Tommy is a person who brings a joy to the people around him. I believe in the American Justice System, and hope that all the facts will be taken into consideration toward a decision on this case. I want to confirm that Tommy Hanson is not a danger to society.

Sincerely,<br>
Sergey Shalashov,<br>
January, 2006