February 5, 2006

To Whom It May Concern:

I am Tommy Hanson's older brother and the two of us are the last remaining members of the Hanson family. My original language is Thai and I was born in Thailand. My Dad was American and my Mom was Thai. They both passed away several years ago, as did my younger sister who died from Cancer. So now it is just Tommy and I. We are very close and it was Tommy who made it all possible for me to move from Thailand to Alaska 23 years ago. And I will be forever indebted to him for this. I was living in Thailand and my brother was living in Craig, Alaska, and working as a meat cutter at a small grocery store named Thibedeau Market. He earned about $8.00 and hour and was saving money for me to come to this country.

He finally saved $1,000.00 and sent it to me so I could move to Alaska. That was a lot of money and more than I had ever made in Thailand, so I enjoyed spending it so much I didn't save any for my travel to Alaska. After a few months, I wrote Tommy a letter explaining I had spent the $1,000.00 and asked him to please send me another $1,000.00 for my plane ticket to Alaska. It took him approximately four months to save another $1,000 and to send it to me. This time I used it to fly to Alaska and I still live here today—in the small community of Hollis.

I know how hard it was for Tommy to save $1,000.00 when he only got $8.00 an hour. A thousand dollars was a lot of money then—and it is a lot of money even today. I know my brother cared very much for me to save travel money for me to move to Alaska. And I care very much about him. I miss my brother very much. Every life has its ups and downs and no one is perfect. I am not perfect and even my brother is not perfect. He may have done wrong, but I don't think he really meant to do any harm to any body. I have known my brother all of my life and he is just too friendly, generous and kind to hurt anyone or cause any harm to anyone.

I don't know if the Court will sentence Tommy to jail or probation. I ask the Court for its mercy and to have pity on my brother, Tommy. He is the only family I have and he just built a home right next to my home in Hollis. If the Court can consider probation, I will try very hard to keep my brother out of trouble and not to violate any law. I have lived in Hollis for 23 years now, and I will remain here the rest of my life. And I still owe it to my brother for bringing me here. Please let my brother return to Hollis soon so he can start a new and better life.

Sincerely yours,


Suwan A. Hanson