May 4, 2006

To:       Judge Sedwick

Regarding:   Tommy Hanson

From: Paul & Helen Gray

We moved to Craig on Prince of Wales Island in 1974 with our four children. Their ages ranged from 10 through 14. Our son Dan was 12. Among the group of friends he made was Tommy. Not sure when exactly. He wasn't his best friend but was in that group. Our girls knew him too. Tommy married a girl that went to our church. They had two boys and later divorced and she took the boys and moved south.

As our children grew up they moved south too. We have seen Tommy through the years here and there and would visit with him whenever we saw him. Not sure when it was that he moved in with April and got a job doing weatherazation on homes of low income people. April has since then left but he stayed in the same trailer and kept the same job so he has had the same job for many years and done well with it as far as we know.

We moved to Hollis about six years ago and Tommy's brother SuWan (a good steady worker also) lives on our same road. Tommy would stop by to visit with us sometimes when he was out here. Even ate with us a couple of times.

He has always been polite and respectful to us and friendly. He had said he would like to get married again and have a new family. He has been going to Russia off and on trying to find a wife and would tell us how that was progressing. We weren't aware of him doing anything he shouldn't. He has already been in jail quite some time and hopefully has learned that what he was doing is wrong and that he will get counseling for it. But can't see how keeping him in jail will help him.

Thank you for listening and if you have any questions please contact us.

Paul and Helen Gray
907-530-7129
P.O.B. 6
Craig, AK  99921