May 4, 2006

Dear Judge Sedwick ,

My name is Paul Thibodeau and I am writing this letter on behalf of Tom Hansen. I have lived in Craig, Alaska since 1977 and I have known Tom since 1980. I am 52 years old and I am married and have two sons. My trade now is quality control for road construction (i.e.
surveying, materials testing, office engineering and inspection). In my time in Craig I have worked for the State of Alaska DOT, the City of Craig and for private contractors in this field. I also own a building in Craig that I lease to the Alaska Court System and have several other small leases. I also spent time from 1978-1989 in the local grocery business, working as managers and owning my own grocery business. I also have been a been a school board member for 19 years and a volunteer fireman for 17 years.

I first met Tom as a high school student and I hired him in the grocery store I then worked at in 1980. He also stayed with me and work in a grocery store I owned until 1986. He was always a good employee. He was reliable, worked well with co-workers and customers really liked him. I relied on him for a host of duties and was he grew into one of my key employees. I trusted him and I felt I could give him additional responsibility when I was away from the store.

After 1986 we stayed in touch and I believe he fished and also got involved in the building trades and finally became licensed and bonded. This work took him out of town for months at a time. When he was in town, he would make himself available to me to do maintenance items on my building and most recently replaced the roof on my home with help from his brother.

I am aware that he had gone to Russia at other times as well. The times he was gone from Craig he opened his house to friends to use his home and stay there. I know this because I would to his home at times looking for him. I believe Tommy to be honest, kind and giving. At times I felt his friends took advantage of his good will.

While I don't know all the charges against him, I have never seen in his actions or have heard of him doing anything that would lead me to believe that he is involved in these actions. Thank-you for the opportunity to speak for Tommy Hansen.

Sincerely,