January 18, 2006

To Whom It May Concern:

I met Tommy Hanson about five years ago when he asked me to translate a letter he had received from his girlfriend from Russia. During these years, I have found Tommy to be a very honest, friendly, joyful and respectful person.

In December 2004, two month prior to his trip to Ukraine (to see his fiancée), Tommy revealed to me that he was struggling with feelings of depression. That day, we talked about positive thinking and discussed spiritual matters. A month later, Tommy visited Psychologist Dr. Snow and was subsequently placed on antidepressant medication. I saw Tommy later on (end of January, 2005) and he looked happier and appeared to be much more positive.

I am still wandering why Tommy, who is physically healthy and had a successful business, and had just completed building a new house in Hollis for his new family in Ukraine, could be suffering from a long-term depression. I do not know the answer, but perhaps his depressions could be attributed to painful memories from his past where Tommy may have experienced or witnessed some form of abuse. I do believe that over the past years he has been struggling with unresolved personal issues, which may be related to any problem he may have with child pornography.

Another interesting aspect to me is that Tommy, being originally from Thai family, has his natural perception of reality through his cultural traditional background (for instance, to keep family business in privacy). Maybe because of that he has never been able to openly seek any assistance regarding his mental issues.

I have never seen Tommy be rude, out of control or lose his temper. It is inconceivable to me that Tommy would ever hurt anyone, especially children. I consider Tommy as one of the nicest individuals I have met on Prince of Wales Island.

I sincerely believe that Tommy needs mental and/or spiritual counseling to help him cope with the painful past and to find directions on positive aspects in his future life.

Sincerely, *Elena Martin*

Elena Martin
P.O. Box 405
Klawock, AK, 99925
(Tel.) 907-530-7090