UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>              Defendant. | Case No. 5:05-cr-0003-JWS<br><br>PROPOSED<br>ORDER ALLOWING<br>WITHDRAWAL OF PLEA |

      After due consideration of defendant's Motion to Withdraw Plea, the court GRANTS the motion. Defendant's plea is hereby withdrawn.

      DATED this ____ day of _____, 2006, in Anchorage, Alaska.

                                                          _____<br>
                                                                John W. Sedwick<br>
                                          United States District Court Judge