Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>           Defendant. | Case No. 5:05-cr-0003-JWS<br><br>AFFIDAVIT OF COUNSEL |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

      Michael Dieni, being first duly sworn upon oath, deposes and states:

      1.    I am the attorney appointed to represent defendant in the above-captioned case.

      2.    All the representations contained in the attached motion are true and correct to the best of my knowledge.

      3.    In particular, in support of the motion to withdraw plea, Mr. Hanson's recollection is that he assumed that the government's dismissal of Counts 1 and 3 would

mean that the government would not use the contents of those counts as a basis for his sentence.

    4.    Also in support of his motion to withdraw plea, Mr. Hanson received inadequate advice from this affiant regarding the law pertaining to the 4 level guideline enhancement for possession of sado-masochistic or violent child pornography. Mr. Hanson was not told, prior to plea, that substantial case law existed from other circuits arguably supporting the proposition that images showing simple intercourse between an adult and a pre-adolescent child could be the basis for a 4 level increase. This affiant was, indeed, unaware of that case law from circuits other than the Ninth Circuit. Thus, prior to plea, Mr. Hanson was told that he would have a very good chance to defeat the four level enhancement. He was not told that he would certainly defeat it, just that there was a very good chance. If counsel had known

    5.    Without the four level enhancement, Mr. Hanson was told that the most likely advisory guideline range would be approximately 51 to 63 months – far less than the 87 to 108 now set forth in the PSR.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael Dieni

SUBSCRIBED and SWORN to before me this 19th day of May, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2