AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>TOMMY HANSON | **WARRANT FOR ARREST**<br>CASE NUMBER: K05-0003 CR (JWS)<br><br>RECEIVED<br>MAY 2 2 2006<br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, ALASKA |

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TOMMY HANSON** and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[] Indictment   [] Information   [] Complaint   [X] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
**VIOLATION OF CONDITIONS OF PRETRIAL RELEASE**

in violation of Title   United States Code, Section(s)

| | |
|---|---|
| Ida Romack<br>Name of Issuing Officer | Clerk of Court<br>Title of Issuing Officer |
| by _redacted signature_    Deputy Clerk<br>Signature of Issuing Officer | August 3, 2005, at Anchorage, Alaska<br>Date and Location |
| Bail Fixed at $ to be determined | by  Magistrate Judge Mary Guss |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at:  CRAIG, AK |

| DATE RECEIVED<br>8/3/2005<br>DATE OF ARREST<br>8/4/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>Sgt Mark Habib<br>Craig PD | SIGNATURE OF ARRESTING OFFICER<br>_redacted_ |
|---|---|---|