Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>        Defendant. | Case No. 5:05-cr-0003-JWS<br><br>ERRATA TO AFFIDAVIT OF COUNSEL AT DOCKET 104 |

Defendant, Tommy S. Hanson, by and through counsel Michael Dieni, Assistant Federal Defender, hereby files a corrected Affidavit of Counsel, originally filed at Docket 104. The corrected language is in italicized print in ¶ 4 of the affidavit. Counsel apologizes for any inconvenience this may have caused the government or the court.

///

///

///

///

DATED this 26th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 26, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James Goeke, Esq.

/s/ Michael D. Dieni