Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>                Defendant. | Case No. 5:05-cr-0003-JWS<br><br>DEFENDANT'S REQUEST FOR EVIDENTIARY HEARING RE MOTION TO WITHDRAW PLEA |

      Defendant, Tommy S. Hanson, by and through counsel Michael Dieni, Assistant Federal Defender, requests a hearing to clarify the record regarding the basis for his motion to withdraw plea.  The government's opposition seems to dispute the accuracy of aspects of counsel's affidavit, particularly as to Mr. Hanson's state of mind (e.g., Mr. Hanson ". . . is simply unhappy with the sentencing range of 87 to 108 . . .").  A hearing will be necessary to establish a final factual basis for Mr. Hanson's motion.

DATED this 26th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 26, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James Goeke, Esq.

/s/ Michael D. Dieni