UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>    Defendant. | Case No. 5:05-cr-0003-JWS<br><br>ORDER SCHEDULING<br>EVIDENTIARY HEARING |

  After due consideration of Defendant's Request for Evidentiary Hearing re Motion to Withdraw Plea, the motion is GRANTED. An evidentiary hearing is set for _____, 2006, at _____ a.m./p.m.

  DATED this \_\_\_\_ day of _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge