**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>    UNITED STATES OF AMERICA    </u>   v.   <u>    TOMMY HANSON    </u>

THE HONORABLE JOHN W. SEDWICK   CASE NO.  <u> 5:05-cr-0003-JWS </u>

<u>Deputy Clerk</u>   <u>Official Recorder</u>

<u> Pam Richter          </u>   <u>                        </u>

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The motion for an evidentiary hearing at docket 108 is GRANTED as follows:  The court will conduct an evidentiary hearing in Courtroom 3 in Anchorage, Alaska at 9:00 AM on Friday, June 9, 2006.

DATE: <u> June 2, 2006  </u>

ENTERED AT JUDGE'S DIRECTION
INITIALS: <u> prr </u>
Deputy Clerk

[FORMS*IA*]