Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>  Defendant. | Case No. 5:05-cr-0003-JWS<br><br>UNOPPOSED MOTION TO RESCHEDULE EVIDENTIARY HEARING RE MOTION TO WITHDRAW PLEA, *Filed on Shortened Time* |

Defendant, Tommy S. Hanson, by and through counsel Michael Dieni, Assistant Federal Defender, requests that the court reschedule the evidentiary hearing currently scheduled for Friday, June 9, 2006, to a different date.  Undersigned counsel is on leave and unavailable on June 9.  The basis for the leave of absence has been scheduled for four months and cannot be changed.

Assistant United States Attorney James Goeke does not oppose this motion. The hearing should not take more than one hour.

DATED this 5th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on June 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James Goeke, Esq.

/s/ Michael D. Dieni