UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>TOMMY S. HANSON,<br><br>                 Defendant. | Case No. 5:05-cr-0003-JWS<br><br>ORDER RESCHEDULING<br>EVIDENTIARY HEARING |

      After due consideration of defendant's Motion Unopposed Motion to Reschedule Evidentiary Hearing re Motion to Withdraw Plea, the motion is granted. The evidentiary hearing currently scheduled for Friday, June 9, 2006, is rescheduled to _____, 2006, at _____ a.m./p.m.

      DATED this _____ day of _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge