UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 5:05-cr-0003-JWS |
| vs. | |
| TOMMY S. HANSON, | ORDER RESCHEDULING EVIDENTIARY HEARING |
| Defendant. | |

After due consideration of defendant's Unopposed Motion to Reschedule Evidentiary Hearing re Motion to Withdraw Plea, the motion is **GRANTED**. The evidentiary hearing currently scheduled for Friday, June 9, 2006, is rescheduled to **Thursday, June 8, 2006 at 9:00 a.m.**

DATED this 5th day of June, 2006, in Anchorage, Alaska.

/s/
John W. Sedwick
United States District Court Judge