```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,)
                         )
         Plaintiff,      )
                         )
    vs.                  )
                         )
TOMMY HANSON             )
                         )
                         )
         Defendant.      ) CASE NO:05-0003-CR (JWS)
                         )
_____)
```

**STATUS REPORT**

Hugh W. Fleischer, as attorney for defendant, Tommy Hanson, in the above captioned action, has determined and hereby advises this Court that he wishes to withdraw his plea of guilty. Such withdrawal is based upon Sixth Amendment to the United States Constitution. Mr. Hanson contends that he was denied effective assistance of counsel, who represented him through the change of plea.

Mr. Hanson requests that this Court allow 45 days to prepare a formal request to withdraw plea. Such time is necessary to complete a review of the voluminous file herein and to carry out the necessary research on the applicable law.

DATED at Anchorage, Alaska, this 14th day of July, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer

Law Offices of   Hugh W. Fleischer

AK Bar # 7106012
310 K. St., Ste. 200
Anchorage, AK 99501
(907) 264-6635
 (907) 264-6602
 hfleisch@aol.com

9495/505

CERTIFICATE OF SERVICE

I certify that on the 14th day of
July, 2006, a true copy of the
foregoing was electronically
to the following counsel & by Mail to:

Tim Astle, U.S. Probation Officer
222W. 7th Ave. # 48,Rm. 168
Anchorage, AK 99513-7562

**James A. Goeke**
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567

S/ Hugh W. Fleischer

9525\500

Case 5:05-cr-00003-JWS   Document 115   Filed 07/14/2006   Page 4 of 4