**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*    v.    *TOMMY HANSON*

THE HONORABLE JOHN W. SEDWICK        CASE NO.  5:05-cr-00003-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date:  July 17, 2006

---

The court has reviewed the status report from defendant's new counsel at docket 116.  Based thereon,

**IT IS ORDERED**:

1)  Defendant shall file his motion to withdraw plea not later than September 1, 2006.

2)  The United States shall have 20 days from the date upon which the motion is filed within which to file a response.

3)  No reply shall be filed unless requested by the court.

———————————