IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,)
                         )
          Plaintiff,     )
                         )
     vs.                 )
                         )
TOMMY HANSON             )
                         )
                         )
     Defendant.          ) CASE NO:5:05-cr-03-(JWS)
                         )
_____)


**UNOPPOSED MOTION FOR CONTINUANCE**

Tommy Hanson, through his undersigned counsel, moves for a continuance of 60 days, until on or about November 1, 2006 within which to file his brief in support of his motion to withdraw his plea.

The discovery evidence was not able to be located in the Federal Public Defender's office until August 23, 2006.  The undersigned sought formal authority from James Goeke, Assistant U.S. Attorney, who referred the undersigned to Ms. Renschen, of his office, who he stated that she was the office's expert on all child pornography matters.

Audrey Renschen, Assistant U.S. Attorney, advised undersigned counsel that there is a new Federal law, to wit: 18 U.S.C. 3509(m), which

provides that a defense counsel must review evidence at a Federal facility and in the presence of a Federal officer, who will be Special Agent Kevin Laws of the U.S. Customs and Border Protection of the Homeland Security Department.  Mr. Laws is out of the office until on or about August 30, 2006. Ms. Renschen, who is familiar with the Hanson evidence, said that a full review of the said evidence would consume a month's time.  In consultation with the Federal Public Defender's office, Mr. Hanson's current attorney hopes and trusts that the purview of the evidence can be limited so that the review can be satisfactorily completed in far less time.  However, in consideration of the fact that undersigned counsel must rely on Mr. Laws' schedule and the press of other business, it is reasonably believed necessary to request an additional sixty days, until on or about November 1, 2006.

The undersigned has been authorized by Assistant U.S. Attorney James Goeke, to advise this Court that the government does not oppose this motion.

DATED at Anchorage, Alaska, this 23rd day of August, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer

Law Offices of  Hugh W. Fleischer

AK Bar # 7106012
310 K. St., Ste. 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602
hfleisch@aol.com

9495/503

CERTIFICATE OF SERVICE

I certify that on the 23rd day of
August, 2006, a true copy of the
foregoing was electronically
to the following counsel :

**James A. Goeke**
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567

S/ Hugh W. Fleischer

9525\501