UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE No. 5:05-CR-03 (JWS) |
| Plaintiff, | ) |
| TOMMY HANSON | ) |
| Defendant. | ) |

**ORDER**

    Counsel for defendant herein, Tommy Hanson, has filed a Motion for continuance of the time within which to file a Motion from September 1, 2006 to November 1, 2006. Such motion is unopposed by the other party hereto.

    IT IS SO ORDERED.

    DATED this____day of August, 2006.

_____
John W. Sedwick
U.S. District Judge

9525/505