## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | v. | TOMMY HANSON |

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                         CASE NO.  5:05-cr-0003-JWS

 Linda Christensen 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: August 24, 2006

      The motion for continuance in which to prepare and file a motion to withdraw plea at docket 119 is **GRANTED**. Defendant shall have until November 1, 2006, in which to file a motion to withdraw his plea, or a notice that he no longer seeks to withdraw his plea. The court will not likely grant any further continuance.

[]{IA.WPD*Rev.12/96}