IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff,   )<br>)<br>vs.           )<br>)<br>TOMMY HANSON   )<br>)<br>)<br>Defendant.    ) CASE NO:5:05-cr-03-(JWS)<br>)<br>_____) | |

## UNOPPOSED MOTION FOR CONTINUANCE

Tommy Hanson, through his undersigned counsel, moves for a continuance, from November 1, 2006 until on or about December 4, 2006 within which to file his brief in support of his motion to withdraw his plea.

Petitioner's counsel was required to be out of the State for the past ten days, during which time it was planned to complete the Amended Petition. Undersigned counsel has a scheduled two week trial in State Court beginning on November 13, 2006, numerous other administrative matters and inability to log in the hours necessary with Special Agent Kevin Laws of U.S. Customs and Border Protection of the Homeland Security Department all of which

justifies this office's request to have until December 4, 2006 to complete the Amended Petition.

The undersigned has been authorized by Assistant U.S. Attorney James Goeke, to advise this Court that the government does not oppose this motion.

DATED at Anchorage, Alaska, this 30th day of October, 2006.

           LAW OFFICES OF HUGH W. FLEISCHER

               By: S/ Hugh W. Fleischer

           Law Offices of   Hugh W. Fleischer

                      AK Bar # 7106012
                      310 K. St., Ste. 200
                      Anchorage, AK 99501
                      (907) 264-6635
                      (907) 264-6602
                      hfleisch@aol.com

9495/507

CERTIFICATE OF SERVICE

I certify that on the 30th day of October, 2006, a true copy of the foregoing was electronically to the following counsel :

**James A. Goeke**
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567

S/ Hugh W. Fleischer

Case 5:05-cr-00003-JWS    Document 121    Filed 10/30/2006    Page 3 of 3