UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE No. 5:05-CR-03 (JWS) |
| Plaintiff, | ) |
| TOMMY HANSON | ) |
| Defendant. | ) |

**ORDER**

    Counsel for defendant herein, Tommy Hanson, has filed a Motion for continuance of the time within which to file an Motion from November 1, 2006 to December 4, 2006.  Such motion is unopposed by the other party hereto.

    IT IS SO ORDERED.

    DATED this____day of October, 2006.

9525/50

                                                              _____
                                                              John W. Sedwick
                                                              U.S. District Judge

Case 5:05-cr-00003-JWS    Document 121-2    Filed 10/30/2006    Page 2 of 2