MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *TOMMY HANSON*

THE HONORABLE JOHN W. SEDWICK            5:05-cr-00003-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date: October 31, 2006

_____

The motion at docket 121 to extend the time for defendant to file his motion to withdraw his plea until December 4, 2006, is **GRANTED**. The court is unlikely to grant defendant any further extension of time.

_____