IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) TOMMY HANSON ) ) ) Defendant. ) ) _____) | CASE NO:5:05-cr-03-(JWS) |

**MOTION FOR WITHDRAWAL OF PLEA**

Tommy Hanson, through his undersigned counsel, pursuant to Federal Criminal Rule 11(d)(2), moves for withdrawal of his guilty plea entered on December 12, 2005.

The basis for such motion is set out in the Memorandum attached hereto and the Affidavit of Tommy Hanson.

DATED at Anchorage, Alaska, this 1st day of December, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer

Law Offices of Hugh W. Fleischer

AK Bar # 7106012
310 K. St., Ste. 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602-Fax
hfleisch@aol.com

9525/509

CERTIFICATE OF SERVICE

I certify that on the 1st day of
December, 2006, a true copy of the
Foregoing & Memorandum & Affidavit
were electronically sent
to the following:

**James A. Goeke**
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567

Tim Astle, U.S. Probation Officer
222 W. 7th Ave. # 48, Rm. 168
Anchorage, AK 99513-7562

S/ Hugh W. Fleischer