# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE No. 5:05-CR-03 (JWS) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| TOMMY HANSON | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

Counsel for defendant herein, Tommy Hanson, has filed a Motion to withdraw his change of plea to guilty and have the matter put on the trial calendar. The Court, having considered the response of the government and being aware of the premises of this matter,

IT IS SO ORDERED.

DATED this____day of _____, 2007.

_____
John W. Sedwick
U.S. District Judge

9525/510