IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,)
                         )        CASE #: K05-003-CR (JWS)
        Plaintiff,       )
                         )
                         )
TOMMY HANSON             )
                         )
        Defendant.       )
_____)


**<u>AFFIDAVIT OF TOMMY HANSON</u>**


STATE OF ALASKA            )
                           ) ss.
MUNICIPALITY OF ANCHORAGE  )

Tommy Hanson, upon oath, deposes and states:

1.    That I am the defendant in this case.

2.    That, before my change of plea, Michael Dieni, my
      attorney, advised me that he did not believe that
      the sadistic or masochistic enhancement under the
      U.S.S.G. § 2G2.2(b)(4) would apply to my case.

3.    That, before my change of plea, I told my
      attorney, Michael Dieni, that my punishment should
      be based solely on the charges under Count 2,
      which was the Count to which I going to plead.
      Mr. Dieni did not contradict me or otherwise
      advise, prior to the change of plea, that other

4.    information would be used against me, in addition

to matters set out in Count 2, in the sentencing.

5.    That, I believe that Mr. Dieni should have worked
to obtain for me a three-point reduction for
acceptance of responsibility under U.S.S.G. §
3E1.1(a).  In the Presentence Report, I was given
a two point reduction.

6.    I expected to be at level 21, which in my Criminal
History Category I, is 37-46 months, however the
Presentence Report, recommended, based upon the
enhancements set out in paragraphs 2, 3 and 4
above, a sentence of 87-108 months.

_____
Tommy Hanson

SUBSCRIBED AND SWORN to before me this _____day of
November, 2006.

_____
NOTARY PUBLIC in and for Alaska.

My Commission Expires: _____

9525/AFF