LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635    FAX (907) 264-6602
E-Mail: hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                          )    CASE #: K05-003-CR (JWS)
         Plaintiff,       )
                          )
                          )
TOMMY HANSON              )
                          )
         Defendant.       )
_____)

### AFFIDAVIT OF TOMMY HANSON

STATE OF ALASKA                )
                               ) ss.
MUNICIPALITY OF ANCHORAGE      )

Tommy Hanson, upon oath, deposes and states:

1.  That I am the defendant in this case.

2.  That, before my change of plea, Michael Dieni, my attorney, advised me that he did not believe that the sadistic or masochistic enhancement under the U.S.S.G. § 2G2.2(b)(4) would apply to my case.

3.  That, before my change of plea, I told my attorney, Michael Dieni, that my punishment should be based solely on the charges under Count 2, which was the Count to which I going to plead. Mr. Dieni did not contradict me or otherwise advise, prior to the change of plea, that other information would be used against me, in addition

to matters set out in Count 2, in the sentencing.

4. That, I believe that Mr. Dieni should have worked to obtain for me a three-point reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(a). In the Presentence Report, I was given a two point reduction.

5. I expected to be at level ~~18~~ 21 [sp.], which in my Criminal History Category I, is ~~30-37~~ 37-46 [sp.] months, however the Presentence Report, recommended, based upon the enhancements set out in paragraphs 2, 3 and 4 above, a sentence of 87-108 months.

_____
Tommy Hanson

SUBSCRIBED AND SWORN to before me this 30 day of November, 2006.

_____
NOTARY PUBLIC in and for Alaska

My Commission Expires: 03 28 0_

[Notary Seal: MICHAEL Y SPRING, NOTARY PUBLIC, STATE OF ALASKA]

LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635    FAX (907) 264-6602
E-Mail: hfleisch@aol.com