NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 5: 05-cr-00003-JWS |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| TOMMY HANSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States of America, by and through the undersigned Assistant U.S. Attorney, and declares under penalty of perjury that a true and correct copy of the United States' Opposition to Motion to Withdraw Plea

// //

// //

was sent electronically to Michael Dieni on December 21, 2006.

Respectfully submitted on the 4th day of January, 2007.

                                    NELSON P. COHEN
                                    United States Attorney

                                    s/ James A. Goeke
                                    Assistant U.S. Attorney
                                    Federal Building & U.S. Courthouse
                                    222 West 7th Ave., #9, Rm. 253
                                    Anchorage, AK 99513-7567
                                    Phone: (907) 271-5071
                                    Fax: (907) 271-1500
                                    Email: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007,
a copy of the foregoing Certificate of Service
was served electronically on Michael Dieni.

s/ James A. Goeke