NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:05-cr-00003-JWS |
| | ) | |
| Plaintiff, | ) | **ERRATA** |
| | ) | |
| vs. | ) | |
| | ) | |
| TOMMY HANSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the United States of America, through counsel, and filed a

Certificate of Service (Docket No. 127) regarding the United States' Opposition to

Motion to Withdraw Plea filed as Docket No. 126.  It erroneously stated that it

served Michael Dieni, when in fact Hugh W. Fleischer is the attorney of record

and was served with the Opposition.  Therefore, the Plaintiff withdraws the

Certificate of Service at Docket No. 127, and submits with this Errata the correct

attached Certificate of Service.

Respectfully submitted on the 4th day of January, 2007.

NELSON P. COHEN
United States Attorney

 s/ James A. Goeke
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007,
a copy of the foregoing Errata was
served electronically on Hugh W. Fleischer.

s/ James A. Goeke