NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 5: 05-cr-00003-JWS |
|---|---|---|
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| TOMMY HANSON, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through the undersigned Assistant U.S. Attorney, and declares under penalty of perjury that a true and correct copy of the United States' Opposition to Motion to Withdraw Plea

// //

// //

was sent electronically to Hugh W. Fleischer on December 21, 2006.

Respectfully submitted on the 4th day of January, 2007.

>NELSON P. COHEN
>United States Attorney
>
>  s/ James A. Goeke
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>Email: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007,
a copy of the foregoing Certificate of Service
 was served electronically on Hugh W. Fleischer.

s/ James A. Goeke