IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TOMMY HANSON )<br>)<br>)<br>Defendant. )<br>)<br>_____) | CASE NO:5:05-cr-03-(JWS) |

**UNOPPOSED MOTION FOR CONTINUANCE**

Tommy Hanson, through his undersigned counsel, moves for a continuance until on or before February 2, 2007 within which to file his brief in response to the government's opposition to Mr. Hanson's motion to withdraw his plea.

This motion is due to other pressing business of Mr. Hanson's counsel.

The undersigned has authority from James Goeke, Assistant U.S. Attorney, to advise this Court that the government does not oppose this motion.

DATED at Anchorage, Alaska, this 7th day of January, 2007.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer

Law Offices of   Hugh W. Fleischer

AK Bar # 7106012
310 K. St., Ste. 200
Anchorage, AK 99501
(907) 264-6635
 (907) 264-6602
 hfleisch@aol.com

9495/511

CERTIFICATE OF SERVICE

I certify that on the 7th day of January, 2007, a true copy of the foregoing was electronically to the following counsel :

**James A. Goeke**
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567

S/ Hugh W. Fleischer

9525\501