UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE No. 5:05-CR-03 (JWS) |
| Plaintiff, | ) |
| TOMMY HANSON | ) |
| Defendant. | ) |

**ORDER**

    Counsel for defendant herein, Tommy Hanson, has filed a Motion for continuance of the time within which to file a response to the government's opposition to the defendant's motion to withdraw sentence.

    Such motion is unopposed by the other party hereto.

    IT IS SO ORDERED.

    DATED this____day of January, 2007.

9525/512

_____
John W. Sedwick
U.S. District Judge