IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TOMMY HANSON ) | |
| ) | |
| Defendant. ) | CASE NO:05-0003-CR (JWS) |
| ) | |

**REPORT ON DECISION TO NOT CALL JAMES A. GOEKE**

Hugh W. Fleischer, as attorney for defendant, Tommy Hanson, advises this Court that Mr. Hanson does not intend to call James Goeke, Assistant U.S. Attorney, as a witness in the evidentiary hearing set for April 6, 2007.

DATED at Anchorage, Alaska, this 4th day of March, 2007.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer

Law Offices of  Hugh W. Fleischer

AK Bar # 7106012
310 K. St., Ste. 200
Anchorage, AK 99501
(907) 264-6635
 (907) 264-6602
 hfleisch@aol.com

9525/514

CERTIFICATE OF SERVICE

I certify that on the 4th day of
March, 2007, a true copy of the
foregoing was electronically
to the following counsel  to:

**James A. Goeke**
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567

S/ Hugh W. Fleischer

Case 5:05-cr-00003-JWS    Document 134    Filed 03/04/2007    Page 4 of 4