```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,)
                         )
          Plaintiff,     )
                         )
     vs.                 )
                         )
TOMMY HANSON             )
                         )
                         )
          Defendant.     ) CASE NO:05-0003-CR (JWS)
                         )
_____)
```

**WITNESS LIST FOR**
**EVIDENTIARY HEARING**

Hugh W. Fleischer, as attorney for defendant, Tommy Hanson, advises this Court that Mr. Hanson does intend to call Tommy Hanson, as a witness in the evidentiary hearing set for April 6, 2007.

DATED at Anchorage, Alaska, this 7th day of March, 2007.

                LAW OFFICES OF HUGH W. FLEISCHER

                    By: <u>S/ Hugh W. Fleischer</u>

                    Law Offices of  Hugh W. Fleischer

                        AK Bar # 7106012
                        310 K. St., Ste. 200
                        Anchorage, AK 99501
                        (907) 264-6635
                         (907) 264-6602
                         hfleisch@aol.com

9525/516

CERTIFICATE OF SERVICE

I certify that on the 7th day of
March, 2007, a true copy of the
foregoing was electronically
to the following counsel to:

**James A. Goeke**
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567


S/ Hugh W. Fleischer