```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. TOMMY HANSON                CASE NO. 5:05-cr-00003-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        JAMES GOEKE

DEFENDANT'S ATTORNEY:           HUGH FLEISCHER

U.S.P.O.:                       TIM ASTLE

PROCEEDINGS: EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO
             WITHDRAW GUILTY PLEA (DKT 123) HELD APRIL 6, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:41 a.m. court convened.

Witness exclusionary rule invoked.

Tommy S. Hanson sworn and testified on his own behalf.
Plaintiff's exhibits 1 and 2 **IDENTIFIED**.

Michael Dieni sworn and testified on behalf of the plaintiff.

Arguments heard.

Court and counsel heard re defendant's Motion to Withdraw Plea of
Guilty (Dkt 123); **DENIED.** Additional objections to the
presentence report due **April 27, 2007.** Court to issue a minute
order setting the Imposition of Sentence the week of May 28,
2007.

Defendant's detention continued.

List of Witnesses and List of Exhibits filed separately.

At 10:47 a.m. court adjourned.


DATE:      April 6, 2007           DEPUTY CLERK'S INITIALS:  amk