(Rev 4/07)

# LIST OF EXHIBITS

---

Case No. 5:05-cr-00003-JWS    Judge: **JOHN W. SEDWICK**

Title    U.S.A.
  vs.
    Tommy Hanson

Dates of Hearing/Trial:    April 6, 2007

Deputy Clerk/Recorder:    April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| James Goeke | Hugh Fleischer |
| | |
| | |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | | Hanson's Affidavit (107) | | | | |
| 2 | ✓ | | Dienis Affidavit | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |