NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:05-cr-00003-JWS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S** |
| | ) | **SENTENCING MEMORANDUM** |
| vs. | ) | |
| | ) | |
| TOMMY HANSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the United States of America, through counsel, and advises

this Court that the government does not intend to file a new Sentencing

Memorandum, but relies on the initial Sentencing Memorandum filed on or about

May 4, 2006, and identified as Docket #100.

Respectfully submitted on the 24th day of May, 2007.

NELSON P. COHEN
United States Attorney

 s/ James A. Goeke
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2007,
a copy of the foregoing Government's
Sentencing Memorandum was served electronically
on Hugh W. Fleischer.

s/ James A. Goeke