```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs. TOMMY HANSON                    CASE NO. 5:05-CR-00003-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:           HUGH FLEISCHER

U.S.P.O.:                       TIM ASTLE

PROCEEDINGS: IMPOSITION OF SENTENCE HELD MAY 31, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:05 p.m. court convened.
```

 X  Notice of Appeal form given to defendant.

 X  Court stated findings/reasons pursuant to sentencing
    guidelines.

 X  Imprisonment for a period of 96 months on Count 2 of the
    First Superseding Indictment.

 X  Defendant placed on supervised release for a period of 60
    months under the usual terms and conditions with special
    conditions of supervised release as stated in the judgment.

 X  Special Assessment $ 100.00 , due immediately.

 X  Defendant remanded to the custody of the U.S. Marshal.

 X  OTHER: Court and counsel heard re the presentence report;
court will not consider paragraph 17; defendant withdrew
objection to paragraph 33; court adopted the presentence report.
Appeal rights given. Payment Coupon given to defendant.

At 2:52 p.m. court adjourned.


DATE:      May 31, 2007          DEPUTY CLERK'S INITIALS:   amk