IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TOMMY HANSON ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO:A05-0003-CR (JWS) |

## **NOTICE OF APPEAL**

Hugh W. Fleischer, as attorney for defendant, Tommy Hanson, in the above captioned action, hereby gives notice that Mr. Hanson appeals to the Ninth Circuit Court of Appeals from the denial of the motion to suppress, the denial of the motion to withdraw his plea and his sentence, pursuant to 18 U.S.C. § 3742(a) and Rule 4(b)(1)(A)(i).

Judgment was entered on this action on May 31, 2007.

Sentence was imposed on the same said date.

A Transcript is required and will be ordered within seven days of this date. Such Transcript order shall be paid under the CJA plan.

DATED at Anchorage, Alaska, this 1st day of June, 2007.

```
                            LAW OFFICES OF HUGH W. FLEISCHER


                       By:  S/ Hugh W. Fleischer
                            Hugh W. Fleischer
                            Attorney for Defendant
                            AK Bar # 7106012
                            310 K. St., Suite 200
                            Anchorage, AK 99501
                            (907) 264-6635
                            (907) 264-6602
                            hfleisch@aol.com


9525\518
```

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct
copy of the foregoing was served as follows:

By Electronic delivery:

    James A. Goeke, Assistant U.S. Attorney
    Federal Building, U.S. Courthouse
    222 W.7th Avenue, #9 Room 253
    Anchorage, AK 99513-7567
    James.goeke@usdoj.gov


DATED at Anchorage, Alaska, this 1st day of June, 2007.


_____

Case 5:05-cr-00003-JWS    Document 148    Filed 06/01/2007    Page 3 of 3