IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                          )
         Plaintiff,       )
                          )
    vs.                   )
                          )
TOMMY HANSON              )
                          )
                          )
         Defendant.       ) CASE NO:A05-0003-CR (JWS)
                          )
_____  )


**NOTICE OF APPEAL**

Hugh W. Fleischer, as attorney for defendant, Tommy Hanson, in the above captioned action, hereby gives notice that Mr. Hanson appeals to the Ninth Circuit Court of Appeals from the denial of the motion to suppress (Dkt. # 87, December 6, 2005), the denial of the motion to withdraw his guilty plea (Dkt. # 139, April 6, 2007) and his sentence (Dkt. # 149, June 1, 2007), pursuant to 18 U.S.C. § 3742(a) and Rule 4(b)(1)(A)(i).

Judgment was entered on this action on May 31, 2007.

Sentence was imposed on the same said date.

A Transcript is required and will be ordered within seven days of this date. Such Transcript order shall be paid under the CJA plan.

DATED at Anchorage, Alaska, this 5th day of June, 2007.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer
Hugh W. Fleischer
Attorney for Defendant
AK Bar # 7106012
310 K. St., Suite 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602
hfleisch@aol.com

9525\520

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served as follows:

By Electronic delivery:

James A. Goeke, Assistant U.S. Attorney
Federal Building, U.S. Courthouse
222 W.7th Avenue, #9 Room 253
Anchorage, AK 99513-7567
James.goeke@usdoj.gov

DATED at Anchorage, Alaska, this 5th day of June, 2007.

S/ Hugh W. Fleischer

Case 5:05-cr-00003-JWS   Document 151   Filed 06/05/2007   Page 3 of 3