# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

## TRANSCRIPT DESIGNATION FORM

RECEIVED JUN 13 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

U.S. Court of Appeals # _____  U.S. District Court # A05-003-CR (JWS)
Short Case Title  U.S. v. Tommy Hanson
Date Notice of Appeal Filed by Clerk of District Court _____

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 12-06-05; 04-06-07; 05-31-07 | | OTHER |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. **I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).**

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X)  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  06/13/07       Estimated Date for Completion _____
Signature of Attorney  _____  Phone Number  907-264-6635
Address  310 K Street, Suite 200, Anchorage, AK 99501


**Section B - To Be Completed by Court Reporter**

I, _____ (Signature of Court Reporter), have received this designation.

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
Approximate Number of Pages _____  Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____  Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)