```
                    UNITED STATES COURT OF APPEALS
                         FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,        )   ORDER FOR TIME SCHEDULE
                                 )
                                 )   CA No.:
Plaintiff-Appellee               )
                                 )   DC No.: 5:05-cr-00003-JWS
                                 )
vs.                              )   District of Alaska
                                 )   Notice of Appeal filed:
                                 )
TOMMY HANSON                     )   (X) CJA or F.P.   ( ) Paid Appeal
                                 )   ( ) Apptd Counsel ( ) Fed Defender
                                 )   ( ) Retained Counsel
Defendant(s)-Appellant           )   ( ) Advisory Counsel only
                                 )   ( ) On Bail       (X) In custody
_____) ( )_____
```

The parties, counsel, and court personnel, in the processing of this appeal, will comply with the following time schedule:

1. If not exempt, the docket fee will be transmitted to            IMMEDIATELY
   the Clerk of the District Court

2. The date the transcript will be ordered from the court          8-25-08
   reporter. (If this case is under CJA, give the date
   that the order is to be given to the court reporter.)

3. The court reporter's transcript will be filed in the            9-24-08
   District Court
   (Certificate of Record will be submitted to the court
   of Appeals by the Clerk of the District Court
   immediately upon the filing of the transcript. The
   Certificate of Record indicates that the complete
   trial court record including designated transcripts is
   available for use of the parties.)

4. Appellants' opening brief and excerpts of record will           11-3-08
   be served and filed pursuant to Circuit Rules 32 and
   31-2

5. The appellee's brief will be served and filed pursuant          12-3-08
   to Circuit Rules 32 and 31-2

6. The appellant's (optional) reply brief will be served           12-17-08
   and filed pursuant to Circuit Rules 32 and 31-2

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.

NOTE: Cir. Rule 32 sets length            For the Court:
limitations on briefs. Cir. Rule
42-1 requires that this appeal            Cathy A. Catterson
may be dismissed if appellants            Clerk, U.S. Court of Appeals
brief is not timely filed.

                                          By:___Nancy Lealaisalanoa_____
                                                 Deputy Clerk
                                                 U.S. District Court