**RECEIVED**
AUG 25 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

Court of Appeals # 08-30298                    U.S. District Court # 5;05 CR-3

Short Case Title  US v. Tommy Hanson

Date Notice of Appeal Filed by Clerk of District Court  06/05/07

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  |  | VOIR DIRE |
|  |  | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
| May 31, 2007 |  | OTHER Sentencing |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(XX) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  08/25/08           Estimated Date for Completion _____

Signature of Attorney _____  Phone Number  907-264-6635

Address  310 K Street, Suite 200, Anchorage, AK 99501

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.   (
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

   Approximate Number of Pages _____   Due Date _____

Section C - To Be Completed by Court Reporter

   Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des 11/96)



Attachment to Transcript Designation Form
U.S. v. Tommy Hanson
Court of Appeals # 08-30298
U.S. District Court # 5:05 CR-00003 (JWS)

Suppression Hearing before the U.S. Magistrate Judge-Ketchikan, AK – September 13, 2005

Change of Plea Hearing before Judge Sedwick-December 12, 2005

Motion to Withdraw from Plea Agreement Hearing before Judge Sedwick-April 6, 2007

9525/ Attach.